JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYRON MONROY, an individual, | Case No. 5:16-cv-00351 JVS(KKx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL WITH PREJUDICE** |
| ASPLUNDH TREE EXPERT CO., dba UTILITY TREE SERVICE, INC., a Pennsylvania Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: January 8, 2016 |

The above-captioned action is hereby dismissed in its entirety with prejudice. Each party is to bear his or its own attorneys' fees and costs.

Dated: March 24, 2016

_____
Hon. James V. Selna
United States District Judge

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE